UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD D. WILLIS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHASE HOME FINANCE,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-cv-01468 -APG-GWF<br><br>**MINUTE ORDER IN CHAMBERS** |

　　　　On August 23, 2012, Magistrate Judge George Foley, Jr. entered an Order [Dkt #2] granting Plaintiff's Application for Leave to Proceed in Forma Pauperis. That Order also dismissed without prejudice Plaintiff's Complaint, and granted Plaintiff leave to file an Amended Complaint by September 19, 2012. On August 31, 2012, Plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals. The Ninth Circuit dismissed Plaintiff's Appeal for lack of jurisdiction because the Order challenged in the Appeal was not final or appealable. [Dkt #8] On May 21, 2012, this Court issued its Order on Mandate. [Dkt. #14]

　　　　On May 21, 2013, this Court entered its Order [Dkt. #15] granting Plaintiff until June 11, 2013 to file an Amended Complaint if he believes he can correct the deficiencies noted in Magistrate Judge Foley's August 23, 2012 Order. Plaintiff was warned that failure to comply with that Order would result in the dismissal of this action. To date, Plaintiff has not filed an Amended Complaint. Accordingly, this case is

1 | dismissed without prejudice.  The clerk of court is directed to accept no further filings in
2 | this matter.
3 | Dated:  June 18, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE